# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

No. 3,599.—CARL NOACK, RESPONDENT, *v.* CHICAGO, M. &
ST. P. RY. CO., APPELLANT.

*Appeal from District Court of Custer County; C. C. Hurley,
Judge.*

Decided April 26, 1915.

PER CURIAM.—It is ordered that the appeals in the above-
entitled action be, and the same are hereby, dismissed in accord-
ance with stipulation of counsel on file herein.

*Messrs. H. H. Field, C. S. Jefferson* and *Geo. W. Farr,* for
Appellant.

---

No. 3,625.—JOHN DOYLE, RESPONDENT, *v.* WESTERN LUM-
BER CO. ET AL., APPELLANTS.

*Appeal from District Court of Missoula County; Asa L. Dun-
can, Judge.*

Decided May 5, 1915.

PER CURIAM.—It is ordered that the appeal in the above-
entitled cause be, and the same is hereby, dismissed in accord-
ance with stipulation of counsel herein on file.

*Messrs. W. M. Bickford* and *W. L. Murphy,* for Appellant